1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA RICHMOND, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>REEFER SYSTEMS, INC. dba MIDLANDS CARRIER TRANSICOLD, a corporation; and DOES 1-100.<br><br>                    Defendants. | Case No.: 2:19-cv-07940 VAP (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed: July 29, 2019<br>Trial Date: July 27, 2021 |

Having considered the papers, and find that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

Dated: August 20, 2020                    _____

                                                  Paul L. Abrams
                                                  United States Magistrate Judge

- 1 -
**ORDER RE STIPULATED PROTECTIVE ORDER**